No. D–971. IN RE DISBARMENT OF CRANE. Disbarment entered. [For earlier order herein, see 498 U. S. 1118.]

No. D–1020. IN RE DISBARMENT OF DELLA-DONNA. It is ordered that Alphonse Della-Donna, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1021. IN RE DISBARMENT OF DUVA. It is ordered that Anthony William Duva, of Gainesville, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 118, Orig. UNITED STATES v. ALASKA. It has been suggested that the United States and Alaska are in agreement on the facts relevant to a decision in this action. If this is the case, the parties are invited to file a stipulation of facts in this Court on or before 60 days from the date of this order. If such a stipulation is not timely filed, a Special Master will be appointed and the case will proceed in the usual manner. If such a stipulation is filed, the parties shall then brief the legal issues. The brief of the United States shall be filed no later than 45 days after the filing of the stipulation of facts. Alaska's brief shall be filed within 30 days thereafter, after which the United States may promptly file a reply brief. The case will then be orally argued. [For earlier order herein, see 499 U. S. 946.]

No. 87–1095. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR v. BROYLES ET AL., 488 U. S. 105. Motion of respondents Charlie Broyles and Lisa Kay Colley for award of attorney's fees and expenses denied without prejudice to refiling in the United States Court of Appeals for the Fourth Circuit.

No. 89–7401. CLARKE v. WEST VIRGINIA BOARD OF REGENTS ET AL., 497 U. S. 1023. Motion of petitioner to reinstate case on docket denied.